IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                      PLAINTIFF

v.                      Case No. 4:12CR00218 KGB

HOWARD SHAWN STANE AND
RUSTY MEEK
                                                     DEFENDANTS

## ORDER

On November 5, 2013, defendant Rusty Meek filed a motion for continuance of his November 12, 2013, trial date (Dkt. No. 37). On November 6, 2013, the Court granted that motion and reset both co-defendants for a jury trial beginning April 21, 2014 (Docket No. 38).

Pending is defendant Rusty Meek's amended motion for continuance of his November 12, 2013, trial date (Dkt. No. 39). The amended motion states that counsel for Mr. Meek has now been in contact with Assistant U.S. Attorney Angela Jegley regarding the Government's position on the motion for continuance and that the government has no objection.

The motion for continuance was previously granted, and the trial in this matter has been reset. Mr. Meek's amended motion for continuance is denied as moot (Dkt. No. 39).

Dated this 12th day of November, 2013.

                                              _____
                                              KRISTINE G. BAKER
                                              UNITED STATES DISTRICT JUDGE